UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID THOMSON,

                                    Plaintiff,

        v.

MARKS, et al.,

                                    Defendants.

Case No. 3:25-cv-00475-ART-CLB

ORDER

In light of the order consolidating this case with 3:25-cv-00402-ART-CLB, the Court denies the applications to proceed *in forma pauperis* (ECF Nos. 1, 4) filed in this case as moot. The Court will address the application to proceed *in forma pauperis* in the lead case.

IT IS THEREFORE ORDERED that the applications to proceed *in forma pauperis* (ECF Nos. 1, 4) are denied as moot.

DATED: March 10, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1